UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

UNITED STATES OF AMERICA

v.

ARMANDO LUIS DONADO-BARBOSA,
ANDRES COTE-BIELER
a/ka/ "Mono"
a/k/a "Roberto"
RODOLFO ABELLO
a/k/a "Rudy"
a/k/a "Dracula"
and
LUIS BENT
a/k/a "Luisito"

CASE NO.   2:03-Cr- 136 FtM 29 pNF
21 U.S.C. §§ 963 and 960(b)(1)(B)(ii)
and 21 U.S.C. §§ 853 and 970

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, which was at least in 1996, through at least December, 2001, in the Middle District of Florida and elsewhere, the defendants,

ARMANDO LUIS DONADO-BARBOSA,
ANDRES COTE-BIELER
a/k/a "Mono",
a/k/a "Roberto",
RODOLFO ABELLO,
a/k/a "Rudy",
a/k/a "Dracula",
and,
LUIS BENT
a/k/a "Luisito"

did knowingly and willfully conspire and agree with others, both known and unknown to the Grand Jury, to import into the United States from a place outside thereof, five (5)

kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 952.

In violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii).

## **FORFEITURES**

1.  The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Sections 853 and Title 21, United States Code, Section 970.

2.  From their engagement in any or all of the violations alleged in Counts One through Four of this Indictment, punishable by imprisonment for more than one year, the defendants,

> ARMANDO LUIS DONADO-BARBOSA,
> ANDRES COTE-BIELER
> a/k/a "Mono",
> a/k/a "Roberto",
> RODOLFO ABELLO,
> a/k/a "Rudy",
> a/k/a "Dracula",
> and,
> LUIS BENT
> a/k/a "Luisito"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), and Title 21, United States Code, Section 970, all of their right, title and interest in the following:

   a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

  b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

 2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred, sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 853 and 970.

            A TRUE BILL,

            *Carolyn D. Bennett*
            Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
  James C. Preston, Jr.
  Assistant United States Attorney

By: _____
  Joseph K. Ruddy
  Assistant United States Attorney
  Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ft. Myers Division

THE UNITED STATES OF AMERICA

vs.

ARMANDO DONADO, ET AL

## INDICTMENT

Violations:

21 U.S.C. 963 and 960(b)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of December, A.D. 2003.

_____
Clerk

Bail $ _____

GPO 863 525

N:\dsustache\JPreston\Donado_2003R02073\F_Indictment_Back.wpd

* * MAILING CERTIFICATE OF CLERK * *

TRUE AND CORRECT COPIES OF THE ATTACHED WERE DISTRIBUTED BY THE CLERK

<u>INDICTMENT/INFORMATION/SUPERSEDING/RULE 20 IN</u>

| | | |
|---|---|---|
| U.S. Marshal (w/warrant or summons plus AO257) | (TAMPA | |
| U.S. Attorney (2 certified) | (SLU) | 1/5/04 S. Upshaw |
| District Courtroom Deputy | (SLU) | |

<u>IF CASE IS NOT SEALED OR BECOMES UNSEALED</u>

| | |
|---|---|
| Press Box | (SLU) |
| U.S. Pretrial | ( ) |
| U.S. Probation | ( ) |
| Magistrate Courtroom Deputy | ( ) |
| Federal Public Defender | ( ) |
| Defendant (Hold in file unless on bond on complaint) | ( ) |
| Defense Counsel _____ | ( ) Mailed   ( ) Faxed |

*********************************************************************

<u>PROBATION TRANSFER IN</u>

| | |
|---|---|
| U.S. Attorney | ( ) |
| U.S. Probation (certified) | ( ) |
| Finance | ( ) |
| Transferring District (certified) | ( ) |
| FPD | ( ) |
| Magistrate Courtroom Deputy | ( ) |

*********************************************************************

DATE DISTRIBUTION COMPLETED   11/17/05   S. Upshaw